**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-2088**

─────────────

MARIE ETHERIDGE, Surviving Mother; KENNETH MOODY, Brother,

　　　　Plaintiffs - Appellants,

　　　v.

FOREMOST INSURANCE COMPANY,

　　　　Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:22-cv-00519-RBS-RJK)

─────────────

Submitted:  May 21, 2024　　　　　　　　　　　　Decided:  May 23, 2024

─────────────

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Marie Etheridge; Kenneth Moody, Appellants Pro Se.  Andrew Shane Gerrish, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Etheridge and Kenneth Moody appeal the district court's order dismissing their amended complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Etheridge v. Foremost Ins. Co.*, No. 2:22-cv-00519-RBS-RJK (E.D. Va. Oct. 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*